# NO. 12-23-00151-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, APPELLANT* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *KAREN ADAMS, APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant Farmers Texas County Mutual Insurance Company and Appellee Karen Adams filed a joint motion to dismiss this appeal, indicating they reached an agreement to submit an agreed judgment to the trial court. The parties ask that this Court set aside the trial court's judgment without regard to the merits, remand the case to the trial court for rendition of judgment, and order that this Court's mandate issue immediately.

Texas Rule of Appellate Procedure 42.1 sets forth the actions that this Court may take in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. TEX. R. APP. P. 42.1(a)(2). We may: (A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement. TEX. R. APP. P. 42.1(a)(2).

Accordingly, we *grant* the joint motion to dismiss. We *render* judgment *setting aside* the trial court's judgment of May 10, 2023, without regard to the merits. *See* TEX. R. APP. P. 42.1(a)(2)(B). We *remand* the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.* In accordance with the parties' agreement, costs on appeal

are taxed against the party incurring same, and the mandate shall issue immediately.  *See* TEX. R.
APP. P. 18.1(c).

Opinion delivered October 11, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 11, 2023**

**NO. 12-23-00151-CV**

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY,**
Appellant
V.
**KAREN ADAMS,**
Appellee

Appeal from the 294th District Court
of Van Zandt County, Texas (Tr.Ct.No. 21-00078)

THIS CAUSE came on to be heard on the joint motion of the Appellant and Appellee to dismiss, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted;** judgment is **rendered** setting aside the trial court's May 10, 2023 judgment without regard to the merits; the cause is **remanded** to the trial court for rendition of judgment in accordance with the parties' agreement**,** and that the decision be certified to the court below for observance. Costs on appeal are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*